# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>PETRA ZAVALA,<br><br>              Defendant. | CASE NO.  05cr1407-BTM<br><br>**ORDER** |

The court received the letter of defendant, Petra Zavala, and treats it as a motion for reduction of sentence.  Given the amendment to Rule 35 of the Federal Rules of Criminal Procedure, the Court no longer has jurisdiction to reduce or modify a sentence for reasons not specifically set forth in the Rule.

THEREFORE,  IT IS HEREBY ORDERED that the defendant's motion to modify or reduce her sentence is DENIED.

**IT IS SO ORDERED.**

DATED: July 13, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge

Cy:

Petra Zavala, 94906-198
Federal Prison Camp
37930 N. 45th Avenue
Phoenix AZ 85086

05cr1407